UNITED STATES DISTRICT COURT
District of Maine

JOHN TICHOT,                         )
                                     )
    Plaintiff                        )
                                     )
v.                                   )   No. 2:14-cv-330-GZS
                                     )
UNITED STATES DEPARTMENT OF          )
STATE,                               )
                                     )
    Defendant                        )


ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 1, 2014, his Recommended Decision (ECF No. 6). Plaintiff filed his Objection to the Recommended Decision (ECF No. 8) on December 15, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.    It is **ORDERED** that Plaintiff's Request for *In Forma Pauperis* (ECF No. 4) is **GRANTED.**

3. It is **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** and his Motion for Injunction (ECF No. 5) is **MOOT**.

/s/George Z. Singal_____
U.S. District Judge

Dated this 16th day of December, 2014.